IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BELLINA<br>    *Plaintiff*,<br><br>v.<br><br>TILDEN RECREATIONAL VEHICLES,<br>INC. d/b/a BOAT N RV,<br>    *Defendant*. | No. |

## **DEFENDANT TILDEN RECREATIONAL VEHICLES, INC.'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**

Defendant Tilden Recreational Vehicles, Inc. ("Tilden Recreational Vehicles") hereby states, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that Tilden Recreational Vehicles has no parent company, and that no public corporation holds more than 10 percent of its stock.

Dated: January 23, 2019

KLEHR HARRISON HARVEY BRANZBURG LLP

By: _____
Paige M. Willan (PA Bar No. 313117)
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Phone: (215) 569-2700
Facsimile: (215) 568-6603
pwillan@klehr.com

*Counsel for Defendant*
*Tilden Recreational Vehicles, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 23, 2019, I caused a true and correct copy of the foregoing Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 to be served upon counsel for plaintiff Paul Bellina via U.S. mail.

Paige M. Willan