## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL BELLINA,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **NO. 19-0349** |
| | : | |
| **TILDEN RECREATIONAL** | : | |
| **VEHICLES, LLC d/b/a BOAT-N-RV,** | : | |
| *Defendant.* | : | |
| | : | |

## ORDER

AND NOW, this 27th day of March 2019, as Plaintiff has failed to respond

to Defendant's Motion to Dismiss (ECF No. 5) and upon an independent review of

the Complaint and Defendant's Motion to Dismiss, it is hereby **ORDERED** that

Defendant's Motion to Dismiss (ECF No. 5) is **GRANTED**. This matter is

dismissed as the Court finds Plaintiff has failed to state a cause of action in

accordance with the arguments raised by Defendant. The clerk is directed to close

this matter.

BY THE COURT:

_____
CHAD F. KENNEY, J.